# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVELERS EXPRESS COMPANY, INC. n/k/a MONEYGRAM PAYMENT SYSTEMS, INC., | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 08-5898 |
| CHECKS 54th INC. d/b/a 54th STREET CHECK CASHING, et al., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this ___9th____ day of August, 2010, upon consideration of Plaintiff's Motion for Partial Summary Judgment, Doc. #26, against Defendant Diane Rosetsky, as well as all related supporting and opposition papers, *see* Doc. Nos. 40, 45, 56, & 57, it is **ORDERED** that Plaintiff's Motion is **GRANTED** and judgment is entered in Plaintiff's favor and against Defendant Diane Rosetsky on Count VI of Plaintiff's Complaint.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: